UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No.  4:11 CR 447 AGF |
| v. | ) |
| | ) |
| SANDRA KAY BRYANT (f/k/a | ) |
| SANDRA KAY KEMPER), | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S MOTION FOR
PERMISSION TO PRODUCE CO-DEFENDANT'S
<u>PRESENTENCE INVESTIGATION REPORT</u>**

COMES NOW the United States of America and, through its motion, seeks and order from this Court permitting the United States to disclose to defendant Sandra Kay Bryant and her legal counsel the presentence investigation report pertaining to co-defendant Steven Henry Kemper (Doc. No. 149).

As Mr. Kemper will be a witness called by the United States during Ms. Bryant's March 9, 2015, trial, the United States believes that its discovery options require the production of Mr. Kemper's presentence investigation report for this limited purpose.

WHEREFORE, the United States of America respectfully requests that this Court permit it to produce to defendant Sandra Kay Bryant and her legal counsel the presentence investigation report pertaining to co-defendant Steven Henry Kemper.

    Respectfully submitted,

    RICHARD G. CALLAHAN
    United States Attorney

    /s/ Thomas Rea
    THOMAS REA
    Assistant United States Attorneys
    111 South Tenth Street, 20th Floor
    Saint Louis, Missouri 63102
    (314) 539-2200

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on February 23, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

               <u>/s/ Thomas Rea      </u>
               THOMAS REA